# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00038-CV

## In re Dynamic Systems, Inc.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Dynamic Systems, Inc. has notified this Court that it no longer wishes to pursue this original proceeding and has filed an agreed motion to dismiss it with prejudice. We grant the motion and dismiss this original proceeding with prejudice.

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed: March 19, 2014